UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00293-MOC-DCK

| | |
|---|---|
| **PAMELA FULBRIGHT**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) ROSEBORO ORDER |
| | ) |
| **DATASTAFF, INC.** | ) |
| **KEITH RICKS** | ) |
| **STEPHANIE SHUMATE** | ) |
| **GLYNDA MEALER**, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on defendants' Motion for Attorneys' Fees. In accordance with Roseboro v. Garrison, 582 F.2d 309 (4th Cir. 1975), plaintiff is advised that defendants are seeking an award of their attorneys' fees.

Plaintiff is advised that a prevailing defendant under Title VII is allowed to request an award of reasonable attorney fees under 42 U.S.C. § 2000e-5(k), which are available to them as prevailing parties under federal law. In addition to showing that the fees are reasonable, defendants must show the Court that plaintiff's claims were frivolous, unreasonable, or groundless, or that the plaintiff continued to litigate after the claims clearly became frivolous, unreasonable, or groundless. Christianburg Garment Co. v. EEOC, 434 U.S. 412 (1978). Plaintiff is advised that she has a right to file a Response to this request and therein argue why the award should not be allowed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff filed her Response to defendants' Motion for Attorneys' Fees (#29) within 30 days from the date this Order is filed.

Signed: February 4, 2019

Max O. Cogburn Jr
United States District Judge